UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 13, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THIERNO BARRY,<br>also known as, "Usman Barrie"<br><br>Defendant. | CRIMINAL NO.<br><br>VIOLATION:<br>18 U.S.C. § 2119(1)<br>(Carjacking)<br>18 U.S.C. § 2312<br>(Interstate Transportation of Stolen Motor Vehicle)<br>D.C. Code 22-1319(a-1)<br>False Alarms and False Reports<br><br>FORFEITURE:<br>18 U.S.C. § 924(d); 18 U.S.C. § 982(a)(5); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461 (c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about March 31, 2025, within the District of Columbia, the defendant, **THIERNO BARRY**, also known as "Usman Barrie," took a motor vehicle, to wit: a Buick Regal, that had been transported, shipped, and received in interstate and foreign commerce, from the person or presence of P.L. and S.L., by force, violence, and intimidation, with the intent to cause death of or serious bodily harm.

(**Carjacking**, in violation of Title 18, United States Code, Section 2119(1))

### COUNT TWO

On or about March 31, 2025, within the District of Columbia, the defendant, **THIERNO BARRY**, also known as "Usman Barrie," did unlawfully transport in interstate commerce a stolen

1

motor vehicle, that is a Buick Regal, from the District of Columbia to the State of Maryland, knowing the same to be stolen.

(**Interstate Transportation of Stolen Motor Vehicle**, in violation of Title 18, United States Code, Section 2312)

## COUNT THREE

On or about March 31, 2025, within the District of Columbia, the defendant, **THIERNO BARRY**, also known as "Usman Barrie," did unlawfully, willfully or knowingly used the 911 call system to make a false or fictitious report or complaint, which initiated a response by District of Columbia emergency personnel or officials. The alarm was false at the time of the call, and BARRY knew the alarm was false. Barry gave the alarm voluntarily and on purpose, not by mistake or accident.

(**False Alarms and False Reports**, in violation of D.C. Code Section 22-1319(a-1))

## FORFEITURE ALLEGATION

1.      Upon conviction of a violation of Title 18, United States Code, Section 2119 (or a conspiracy to violate Title 18, United States Code, Section 2119), or Title 18, United States Code, Section 2312, as charged in this Indictment, the defendant **THIERONO BARRY,** also known as, "Usman Barrie," shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(5), any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such offense.

2.      Upon conviction of any of the offenses alleged in Counts One, and Two of this Indictment, the defendant **THIERONO BARRY,** also known as, "Usman Barrie," shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in those offenses.

3.      If any of the property described above as being subject to forfeiture, as a result of

any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d); Title 18, United States Code, Section 982(a)(5); Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Jeanine Ferris Pirro
United States Attorney

By: _____
Gauri Gopal
Chief, Federal Major Crimes